UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED

APR 21 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| Stanley Zhong, et al. ) | |
| ) | |
| Plaintiffs, ) | Case No.: 2:25-cv-00495 -DJC- CSK |
| ) | |
| v. ) | Assigned to: The Honorable Chi Soo Kim |
| ) | |
| U.S. Department of Education, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## PRO SE PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT U.S. DEPARTMENT OF EDUCATION

COMES NOW, Nan Zhong, Plaintiff, appearing pro se in the above-captioned matter, and respectfully moves this Honorable Court for an extension of time to complete service of the Summons and Complaint upon Defendant U.S. DEPARTMENT OF EDUCATION ("Department") pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The original deadline for service is May 11, 2025 - 90 days after Complaint Filing Date. Plaintiff requests an additional 90 days, up to and including August 11, 2025, to effectuate service.

In support of this motion, Plaintiff states as follows:

1. Plaintiff filed the Complaint in this action on February 11, 2025. Pursuant to FRCP 4(m), service of the Summons and Complaint must generally be completed within 90 days of filing, making the current deadline May 11, 2025.

2. Plaintiff is proceeding pro se in this matter.

3. Plaintiff has exercised diligence in attempting to serve Defendant Department. Specifically, Plaintiff identified the address for service listed in the Department's own regulations in 34 C.F.R. § 4.1, which is 400 Maryland Ave SW, Washington, DC 20202. (See Exhibit A.)

4. Plaintiff retained a registered process server to serve the Summons and Complaint on the Department at the address specified in 34 C.F.R. § 4.1.

5. On or about April 14, 2025, the process server attempted service at 400 Maryland Ave SW, Washington, DC 20202. However, the process server was unable to complete service at that location, as the Department is reportedly no longer accepting service of process there.

6. Attached hereto as Exhibit B is the Declaration of Non-Service executed by the process server, detailing the attempted service and the reason service could not be completed at the regulatory address.

7. Plaintiff's inability to complete service within the initial 90-day period is due to circumstances beyond Plaintiff's control, namely the apparent inaccuracy of the service address listed in the official Code of Federal Regulations relied upon by Plaintiff in good faith.

8. Additionally, publicly reported operational disruptions within the U.S. Department of Education contribute to uncertainty regarding the proper and currently functional procedures for service.

9. Plaintiff requires additional time to research and confirm the current, correct procedures and address(es) for effecting service upon the U.S. Department of Education, which, pursuant to FRCP 4(i), typically involves service upon the United States Attorney for the district where the action is brought, the Attorney General of the United States in Washington, D.C., and the agency itself. Identifying the specific office or individual authorized to accept service for the Department may require further investigation.

10. Plaintiff demonstrates good cause for an extension under FRCP 4(m) due to diligent efforts to serve based on official information and the subsequent discovery that this information was not suitable for service. Alternatively, even without a finding of good cause, the Court has discretion under FRCP 4(m) to extend the time for service.

11. An extension of 90 days is reasonably necessary to allow Plaintiff sufficient time to ascertain the correct service requirements and re-attempt service on the Department in compliance with FRCP 4(i).

12. Granting this extension will promote the resolution of this case on its merits and will not unduly prejudice the Defendants.

WHEREFORE, Plaintiff Pro Se, Nan Zhong, respectfully requests that this Court grant this motion and extend the time for Plaintiff to serve the Summons and Complaint on

Defendant U.S. DEPARTMENT OF EDUCATION by 90 days, up to and including August 11, 2025.

Dated: April 16, 2025

Respectfully Submitted,

Nan Zhong

Plaintiff Pro Se

211 Hope St #390755

Mountain View, CA 94039

425-698-9139

nanzhong1@gmail.com

# 34 CFR § 4.1 - Service of process required to be served on or delivered to Secretary.

CFR

### § 4.1 Service of process required to be served on or delivered to Secretary.

Summons, complaints, subpoenas, and other process which are required to be served on or delivered to the Secretary of Education shall be delivered to the General Counsel or a Deputy General Counsel, by mail at 400 Maryland Avenue SW., Washington, DC 20202 or by personal service at that address. The persons above designated are authorized to accept service of such process.

(Authority: 5 U.S.C. 301)
[47 FR 16780, Apr. 20, 1982]

Exhibit B: Declaration of Non-Service

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State, Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Nan Zhong <nanzhong1@gmail.com><br>211 Hope St Unit 390755<br>Mountain View, CA 94039<br>TELEPHONE NO.: 425-698-9139    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Stanley Zhong, et al. | |
| United States District Court, Eastern District of California<br>STREET ADDRESS: 501 I St. Suite 4-200<br>MAILING ADDRESS: 501 I St. Suite 4-200<br>CITY AND ZIP CODE: Sacramento 95814<br>BRANCH NAME: Robert T. Matsui Federal Courthouse | |
| PLAINTIFF/PETITIONER: Stanley Zhong, et al. | CASE NUMBER:<br>2:25-cv-00495-DJC-CSK |
| DEFENDANT/RESPONDENT: The Regents of University of California, et al. | |
| **DECLARATION OF NON SERVICE** | Ref. No. or File No.:<br>2:25-cv-00495 ED |

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
  **COMPLAINT; SUMMONS; EXHIBITS**

I attempted to serve     **The Secretary of the federal Department of Education**
at the address of         **400 Maryland Ave SW, Washington, DC 20202**

and was unable to effect service for the following reasons:
  4/14/2025 12:39 PM: I spoke with an individual who identified themselves as the corporate officer and they stated subject moved.  Department that accepts summons has moved

Fee for service: $ 103.95

I am not a registered California process server; my name, address, phone number, and county of registration and number are:

  **Ibeneme Onyenso**
  **4622 Snowflower Boulevard, Oxon Hill, MD 20745**

  , #

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date:  04/14/2025

Ibeneme Onyenso
(PRINTED NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)

BY FAX

REF: 2:25-cv-00495 ED