UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



APR 2 1 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| Stanley Zhong, et al. ) | |
| ) | |
| Plaintiffs, ) | Case No.: 2:25-cv-00495 -DJC-CSK |
| ) | |
| v. ) | Assigned to: The Honorable Chi Soo Kim |
| ) | |
| The Regents of University of CA, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## PRO SE LITIGANT'S MOTION FOR LEAVE TO USE ELECTRONIC CASE FILING (CM/ECF) SYSTEM

COMES NOW, Nan Zhong, Plaintiff appearing pro se in the above-captioned matter, and respectfully moves this Honorable Court pursuant to L.R. 133(b)(2) for leave to register for and utilize the Court's Case Management/Electronic Case Files (CM/ECF) system for all future filings in this case.

In support of this motion, the undersigned states as follows:

1. The undersigned is proceeding pro se (without an attorney) in this matter.
2. The undersigned wishes to file documents electronically using the Court's CM/ECF system to promote efficiency, reduce costs associated with paper filing (such as copying and postage), ensure timely receipt of filings and court orders

through the Notice of Electronic Filing (NEF), and facilitate easier access to the case docket.

3. Using the CM/ECF system aligns with the Court's general preference for electronic filing and will conserve resources for both the undersigned and the Court.

4. The undersigned possesses the necessary technical capabilities, including access to a computer, reliable internet service, a printer/scanner, and software capable of creating documents in PDF format compliant with Court requirements.

5. The undersigned understands the requirements for redacting sensitive personal information pursuant to Federal Rule of Civil Procedure 5.2 and the relevant Local Rules.

6. The undersigned agrees to comply with all applicable Federal Rules of Civil Procedure, the Local Rules of this Court, the Court's CM/ECF administrative procedures and guidelines, any orders issued by this Court regarding electronic filing, and any training requirements the Court may impose for pro se CM/ECF users.

7. Granting this motion will allow the undersigned to participate more effectively and efficiently in this litigation.

WHEREFORE, Plaintiff Pro Se, Nan Zhong, respectfully requests that this Court grant this motion and issue an order permitting them to register for and utilize the CM/ECF system for electronic filing in this matter.

Dated: April 16, 2025

Respectfully Submitted,

Nan Zhong

Plaintiff Pro Se

211 Hope St #390755

Mountain View, CA 94039

425-698-9139

nanzhong1@gmail.com