UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED

MAY 07 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Stanley Zhong, et al. )
)
Plaintiffs, )  Case No.: 2:25-cv-00495
)
v. )  Assigned to: The Honorable Chi Soo Kim
)
U.S. Department of Education, et al. )
)
Defendants. )
_____ )

## NOTICE OF CONSTITUTIONAL QUESTION UNDER FRCP 5.1(a)

TO: THE HONORABLE COURT AND THE ATTORNEY GENERAL OF THE UNITED STATES

Pursuant to Federal Rule of Civil Procedure 5.1(a), Plaintiff(s) Nan Zhong, hereby gives notice that the constitutionality of an Act of Congress (a federal statute) establishing and authorizing the Hispanic-Serving Institutions (HSI) program has been drawn into question in this action.

1. **Paper Raising the Question:** The document drawing the statute's constitutionality into question is the **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES** filed in this matter on Feb 11, 2025.

2. **Statute Questioned:** The specific federal statute whose constitutionality is being questioned is **Title V of the Higher Education Act of 1965, as amended,**

specifically the provisions defining "Hispanic-Serving Institution" (currently codified at 20 U.S.C. § 1101a(a)(5)) and authorizing federal benefits or funding based on that designation (see, e.g., grant program authorization at 20 U.S.C. § 1101b).

3. **Constitutional Question:** The specific constitutional question raised regarding the aforementioned statute is: **Whether Title V of the Higher Education Act, by defining eligibility for the Hispanic-Serving Institutions program based on Hispanic student enrollment (20 U.S.C. § 1101a(a)(5)) and authorizing preferential federal funding or benefits based on that ethnic classification, violates the equal protection component of the Due Process Clause of the Fifth Amendment to the United States Constitution** by employing an ethnicity-based classification that is not narrowly tailored to achieve a compelling government interest.

WHEREFORE, the undersigned provides this notice to the Court and will serve a copy of this notice and the referenced **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES** upon the Attorney General of the United States as required by Fed. R. Civ. P. 5.1(a)(2).

Dated: May 4, 2025

Respectfully submitted,

*[signature]*

Nan Zhong

Plaintiff Pro Se

211 Hope St #390755

Mountain View, CA 94039

425-698-9139

nanzhong1@gmail.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of May, 2025, I filed the foregoing NOTICE OF CONSTITUTIONAL QUESTION UNDER FED. R. CIV. P. 5.1(a) with the Clerk of the Court via **Certified Mail**.

I further certify that on this 5th day of May, 2025, I served a true and correct copy of the foregoing NOTICE OF CONSTITUTIONAL QUESTION and a true and correct copy of the **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES** upon the Attorney General of the United States via **Certified Mail**, addressed as follows:

Attorney General of the United States

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

Nan Zhong