# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| Stanley Zhong, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:25-cv-00495-DJC |
| The Regents of the University of California, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See attached.

Date: 05/19/2025

/s/ Joshua A. Vittor
*Attorney's signature*

Joshua A. Vittor, 326221
*Printed name and bar number*

350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

*Address*

Joshua.Vittor@wilmerhale.com
*E-mail address*

(213) 443-5300
*Telephone number*

(213) 443-5400
*FAX number*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| STANLEY ZHONG, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-00495-DJC |

### Attachment to Notice of Appearance

The Regents of the University of California

Michael V. Drake, in his official capacity as President of the University of California

Katherine S. Newman, in her official capacity as Provost and Executive Vice President of Academic Affairs of the University of California

Han Mi Yoon-Wu, individually and in her official capacity as Associate Vice Provost and Executive Director of Undergraduate Admissions of the University of California

Erwin Chemerinsky, individually and in his official capacity as Dean of the Law School of the University of California at Berkeley

Robert Penman, in his official capacity as Executive Director of Undergraduate Admissions of the University of California at Davis

Dipak Ghosal, in his official capacity as Chair of the Department of Computer Science of the University of California at Davis

Olufemi Ogundele in his official capacity as Director of Undergraduate Admissions of the University of California at Berkeley

Claire J. Tomlin, in her official capacity as Chair of the Department of Computer Science of the University of California at Berkeley

Lisa Przekop, in her official capacity as Executive Director of Admissions of the University of California at Santa Barbara

Divyakant Agrawal, in his official capacity as Chair of the Department of Computer Science of the University of California at Santa Barbara

Gary Clark, in his official capacity as Director of Undergraduate Admissions of the University of California at Los Angeles

Todd Millstein, in his official capacity as Chair of the Department of Computer Science of the University of California at Los Angeles

Blia Yang, in her official capacity as Executive Director of Undergraduate Admissions of the University of California at San Diego

Sorin Lerner, in his official capacity as Chair of the Department of Computer Science of the University of California at San Diego

WILMER CUTLER PICKERING
HALE AND DORR LLP

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*Attorney for Defendants the Regents of the University of California, Michael V. Drake, Katherine S. Newman, Han Mi Yoon-Wu, Erwin Chemerinsky, Robert Penman, Dipak Ghosal, Olufemi Ogundele, Claire J. Tomlin, Lisa Przekop, Divyakant Agrawal, Gary Clark, Todd Millstein, Blia Yang, and Sorin Lerner*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| STANLEY ZHONG, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL., <br><br> Defendants. | Case No. 2:25-cv-00495-DJC <br><br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2025, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel, and caused the above document to be served by electronic mail on *pro se* party Nan Zhong in accordance with his consent in writing under Federal Rule of Civil Procedure 5(b).

And I further certify that on such date I served the foregoing on the following non-CM/ECF registered participants via U.S. first class mail, postage prepaid addressed as follows:

Stanley Zhong

211 Hope St. #390755

Mountain View, CA 94039

Dated: May 19, 2025

WILMER CUTLER PICKERING HALE AND DORR LLP

By:   /s/  Joshua A. Vittor

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*Attorney for Defendants the Regents of the University of California, Michael V. Drake, Katherine S. Newman, Han Mi Yoon-Wu, Erwin Chemerinsky, Robert Penman, Dipak Ghosal, Olufemi Ogundele, Claire J. Tomlin, Lisa Przekop, Divyakant Agrawal, Gary Clark, Todd Millstein, Blia Yang, and Sorin Lerner*