

United States District Court
Eastern District of California

| Stanley Zhong, et al., | Case Number: 2:25-cv-00495-DJC |
|---|---|
| Plaintiff(s) | |

V.

| Regents of the University of California, et al., | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
|---|---|
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Felicia H. Ellsworth hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
See attached

On 06/20/2006 (date), I was admitted to practice and presently in good standing in the Commonwealth of Massachusetts (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/19/2025          Signature of Applicant: /s/ Felicia H. Ellsworth

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Felicia H. Ellsworth |
| Law Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 60 State Street |
| City: | Boston    State: MA    Zip: 02109 |
| Phone Number w/Area Code: | (617) 526-6000 |
| City and State of Residence: | Wellesley, MA |
| Primary E-mail Address: | Felicia.Ellsworth@wilmerhale.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Joshua A. Vittor |
| Law Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 350 South Grand Avenue |
| | Suite 2400 |
| City: | Los Angeles    State: CA    Zip: 90071 |
| Phone Number w/Area Code: | (213) 443-5300    Bar # 326221 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____    _____
                                                    JUDGE, U.S. DISTRICT COURT

<b>UNITED STATES DISTRICT COURT<br>
EASTERN DISTRICT OF CALIFORNIA<br>
SACRAMENTO DIVISION</b>

| | |
|---|---|
| STANLEY ZHONG, ET AL.,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL.,<br><br>        Defendants. | Case No. 2:25-cv-00495-DJC |

## Attachment to Pro Hac Vice Application

The Regents of the University of California

Michael V. Drake, in his official capacity as President of the University of California

Katherine S. Newman, in her official capacity as Provost and Executive Vice President of Academic Affairs of the University of California

Han Mi Yoon-Wu, individually and in her official capacity as Associate Vice Provost and Executive Director of Undergraduate Admissions of the University of California

Erwin Chemerinsky, individually and in his official capacity as Dean of the Law School of the University of California at Berkeley

Robert Penman, in his official capacity as Executive Director of Undergraduate Admissions of the University of California at Davis

Dipak Ghosal, in his official capacity as Chair of the Department of Computer Science of the University of California at Davis

Olufemi Ogundele in his official capacity as Director of Undergraduate Admissions of the University of California at Berkeley

Claire J. Tomlin, in her official capacity as Chair of the Department of Computer Science of the University of California at Berkeley

Lisa Przekop, in her official capacity as Executive Director of Admissions of the University of California at Santa Barbara

Divyakant Agrawal, in his official capacity as Chair of the Department of Computer Science of the University of California at Santa Barbara

Gary Clark, in his official capacity as Director of Undergraduate Admissions of the University of California at Los Angeles

Todd Millstein, in his official capacity as Chair of the Department of Computer Science of the University of California at Los Angeles

Blia Yang, in her official capacity as Executive Director of Undergraduate Admissions of the University of California at San Diego

Sorin Lerner, in his official capacity as Chair of the Department of Computer Science of the University of California at San Diego