WILMER CUTLER PICKERING
HALE AND DORR LLP
Debo Adegbile (NY Bar No. 2699742)*
250 Greenwich Street, 45th floor
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (MA Bar No. 665232)*
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*pro hac vice* application pending

*Attorneys for Defendants the Regents of the University of California, Michael V. Drake, Katherine S. Newman, Han Mi Yoon-Wu, Erwin Chemerinsky, Robert Penman, Dipak Ghosal, Olufemi Ogundele, Claire J. Tomlin, Lisa Przekop, Divyakant Agrawal, Gary Clark, Todd Millstein, Blia Yang, and Sorin Lerner*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| STANLEY ZHONG, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL., <br><br> Defendants. | Case No. 2:25-cv-00495-DJC <br><br> **CERTIFICATE OF SERVICE** |

CASE NO. 2:25-cv-00495-DJC                                         CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2025, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel, and caused the above document to be served by electronic mail on *pro se* party Nan Zhong in accordance with his consent in writing under Federal Rule of Civil Procedure 5(b).

And I further certify that on such date I served the foregoing on the following non-CM/ECF registered participants via U.S. first class mail, postage prepaid addressed as follows:

Stanley Zhong
211 Hope St. #390755
Mountain View, CA 94039

Dated:  May 19, 2025

WILMER CUTLER PICKERING HALE AND DORR LLP

By:   /s/  Debo Adegbile

Debo Adegbile (NY Bar No. 2699742)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (MA Bar No. 665232)*
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*pro hac vice* application pending

|   |   |
|---|---|
| 1 | *Attorneys for Defendants the Regents of the University of California, Michael V. Drake, Katherine S. Newman, Han Mi Yoon-Wu, Erwin Chemerinsky, Robert Penman, Dipak Ghosal, Olufemi Ogundele, Claire J. Tomlin, Lisa Przekop, Divyakant Agrawal, Gary Clark, Todd Millstein, Blia Yang, and Sorin Lerner* |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |