| | |
|---|---|
| 1 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 | Debo Adegbile (NY Bar No. 2699742)* |
| | 7 World Trade Center |
| 3 | 250 Greenwich Street |
| | New York, NY 10007 |
| 4 | Telephone: 212-295-8800 |
| | debo.adegbile@wilmerhale.com |
| 5 | |
| | Felicia H. Ellsworth (MA Bar No. 665232)* |
| 6 | 60 State Street |
| | Boston, MA 02109 |
| 7 | Telephone: 617-526-6000 |
| | felicia.ellsworth@wilmerhale.com |
| 8 | |
| | Joshua A. Vittor (CA Bar No. 326221) |
| 9 | 350 South Grand Avenue |
| | Suite 2400 |
| 10 | Los Angeles, CA 90071 |
| | Telephone: 213-443-5300 |
| 11 | joshua.vittor@wilmerhale.com |
| 12 | *pro hac vice* application pending |

*Attorneys for Defendants the Regents of the University of California, Michael V. Drake, Katherine S. Newman, Han Mi Yoon-Wu, Erwin Chemerinsky, Robert Penman, Dipak Ghosal, Olufemi Ogundele, Claire J. Tomlin, Lisa Przekop, Divyakant Agrawal, Gary Clark, Todd Millstein, Blia Yang, and Sorin Lerner*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| STANLEY ZHONG, ET AL., | |
| Plaintiffs, | Case No. 2:25-cv-00495-DJC-CSK |
| v. | **UC DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL., | |
| Defendants. | Hon. Daniel J. Calabretta |
| | Courtroom 7, 14th Floor |

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants disclose the following: The Regents of the University of California ("The Regents") is a corporation formed under Article IX, Section 9 of the California Constitution. No publicly held entity owns more than 10% of The Regents.

Defendants Michael V. Drake, Katherine S. Newman, Han Mi Yoon-Wu, Erwin Chemerinsky, Robert Penman, Dipak Ghosal, Olufemi Ogundele, Claire J. Tomlin, Lisa Przekop, Divyakant Agrawal, Gary Clark, Todd Millstein, Blia Yang, and Sorin Lerner are individuals.

Dated: May 19, 2025

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Joshua A. Vittor

Debo Adegbile (NY Bar No. 2699742)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (MA Bar No. 665232)*
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*pro hac vice* application pending

*Attorneys for Defendants the Regents of the University of California, Michael V. Drake, Katherine S. Newman, Han Mi Yoon-Wu, Erwin Chemerinsky, Robert Penman, Dipak Ghosal, Olufemi Ogundele, Claire J. Tomlin, Lisa Przekop, Divyakant Agrawal, Gary*

*Clark, Todd Millstein, Blia Yang, and Sorin Lerner*

### CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2025, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel, and caused the above document to be served by electronic mail on *pro se* party Nan Zhong in accordance with their consent in writing under Federal Rule of Civil Procedure 5(b).

And I further certify that on such date I served the foregoing on the following non-CM/ECF registered participants via U.S. first class mail, postage prepaid addressed as follows:

Stanley Zhong

211 Hope St. #390755

Mountain View, CA 94039

Dated: May 19, 2025

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Joshua A. Vittor

Debo Adegbile (NY Bar No. 2699742)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (MA Bar No. 665232)*
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*pro hac vice* application pending

1     *Attorneys for Defendants the Regents of the University of California, Michael V. Drake, Katherine S. Newman, Han Mi Yoon-Wu, Erwin Chemerinsky, Robert Penman, Dipak Ghosal, Olufemi Ogundele, Claire J. Tomlin, Lisa Przekop, Divyakant Agrawal, Gary Clark, Todd Millstein, Blia Yang, and Sorin Lerner*