WILMER CUTLER PICKERING
HALE AND DORR LLP
Debo Adegbile (NY Bar No. 2699742)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (MA Bar No. 665232)*
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

**pro hac vice* application pending

*Attorneys for Defendants the Regents of the University of California, Michael V. Drake, Katherine S. Newman, Han Mi Yoon-Wu, Erwin Chemerinsky, Robert Penman, Dipak Ghosal, Olufemi Ogundele, Claire J. Tomlin, Lisa Przekop, Divyakant Agrawal, Gary Clark, Todd Millstein, Blia Yang, and Sorin Lerner*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| STANLEY ZHONG, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL., <br><br> Defendants. | Case No. 2:25-cv-00495-DJC-CSK <br><br> **UC DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** <br><br><br> Hon. Daniel J. Calabretta <br> Courtroom 7, 14th Floor |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 233, Defendants the Regents of the University of California, Michael V. Drake, Katherine S. Newman, Han Mi Yoon-Wu, Erwin Chemerinsky, Robert Penman, Dipak Ghosal, Olufemi Ogundele, Claire J. Tomlin, Lisa Przekop, Divyakant Agrawal, Gary Clark, Todd Millstein, Blia Yang, and Sorin Lerner (collectively, the "UC Defendants") move for administrative relief to extend the UC Defendants' deadline to respond to the Complaint.[1] Specifically, the UC Defendants respectfully request that the Court extend the response deadline until July 16, 2025, which is 30 days from the UC Defendants' current response deadline. |

In support of this Motion, and the accompanying Proposed Order, the UC Defendants state the following:

1. On February 11, 2025, Plaintiffs Stanley Zhong, Nan Zhong, and SWORD filed the Complaint. Dkt. 1.

2. On April 15, 2025, the UC Defendants waived service of process under Federal Rule of Civil Procedure 4(d). Dkt. 7.

3. On April 21, 2025, Nan Zhong moved for leave to register for and file under the Court's electronic filing system. Dkt. 6.

4. On May 5, 2025, Judge Kim denied Nan Zhong's motion to file electronically. Dkt. 8. Judge Kim explained: "The Complaint indicates that Plaintiffs are being represented by Plaintiff Nan Zhong. This is improper because Nan Zhong is not identified as an attorney, and only attorneys may represent a litigant." *Id.* (citation omitted). Judge Kim further stated that SWORD "must be represented by an attorney and may not appear in this action without counsel." *Id.* Judge Kim accordingly ordered that SWORD retain counsel within 60 days (by July 4, 2025), and counsel for SWORD file an appearance in this matter within 65 days (by July 9, 2025). *See id.*

5. On May 14, 2025, Plaintiff Nan Zhong ("Mr. Zhong") informed counsel for the UC

---

[1] The University of California at Berkeley, the University of California at Davis, the University of California at Santa Barbara, the University of California at Los Angeles, and the University of California at San Diego were listed as defendants in the caption of the Complaint. Dkt. 1. They are, however, not identified as defendants on this Court's electronic docket, nor are they legal entities independent of the Regents, and therefore they are not proper defendants.

Defendants that SWORD had been unable to retain counsel and sent counsel for UC Defendants a motion to remove SWORD as a plaintiff that he indicated would be filed with the Court.

6. The UC Defendants' current deadline to respond to the Complaint is June 16, 2025, under Federal Rule of Civil Procedure 12(a)(1)(A)(ii).

7. Good cause exists to extend the UC Defendants' current deadline to respond to the Complaint by a brief period of 30 days up to and including July 16, 2025.

8. Notwithstanding the UC Defendants' diligent efforts to fashion their response, uncertainty and delay have plagued the initial phase of this litigation due to SWORD's lack of counsel such that a reasonable, brief extension is needed to adequately respond to the Complaint. As described above, Mr. Zhong recently indicated to counsel for the UC Defendants that he intends to file a motion to remove SWORD as a plaintiff in light of SWORD's inability to secure counsel. Because many of the allegations and requests for relief either expressly relate only to SWORD, *see* Compl. ¶¶ 57-66, or implicitly relate only to SWORD members because they extend far beyond the five undergraduate UC programs to which plaintiff Stanley Zhong alleges he applied, *see, e.g.*, Compl. ¶¶ 76-84, 90, 92-98, 100, 102-104, 186-190, the UC Defendants are unable to meaningfully and fully respond to the Complaint unless and until SWORD is removed as a plaintiff. Accordingly, a brief 30-day extension is additionally warranted because the substance of the UC Defendants' response to the Complaint will depend on whether SWORD remains a party.

9. The UC Defendants have not previously sought to extend any deadlines in this action.

10. The UC Defendants request that the Court extend their deadline to respond to the Complaint until July 16, 2025, which is 30 days from the UC Defendants' current deadline to respond to the Complaint.

11. Counsel for the UC Defendants have conferred with *pro se* Plaintiffs Nan Zhong and Stanley Zhong. Nan Zhong and Stanley Zhong relayed their consent to the relief sought in this Motion. No counsel have entered an appearance on behalf of Plaintiff SWORD or Defendant U.S. Department of Education, and so counsel for the UC Defendants have not been able to ascertain their positions on this Motion.

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: May 20, 2025 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 4 | | |
| 5 | | By:  /s/ *Joshua A. Vittor* |
| 6 | | Debo Adegbile (NY Bar No. 2699742)* |
| | | 250 Greenwich Street, 45th floor |
| 7 | | New York, NY 10007 |
| | | Telephone: 212-295-8800 |
| 8 | | debo.adegbile@wilmerhale.com |
| 9 | | Felicia H. Ellsworth (MA Bar No. 665232)* |
| | | 60 State Street |
| 10 | | Boston, MA 02109 |
| | | Telephone: 617-526-6000 |
| 11 | | felicia.ellsworth@wilmerhale.com |
| 12 | | Joshua A. Vittor (CA Bar No. 326221) |
| | | 350 South Grand Avenue |
| 13 | | Suite 2400 |
| | | Los Angeles, CA 90071 |
| 14 | | Telephone: 213-443-5300 |
| | | joshua.vittor@wilmerhale.com |
| 15 | | |
| | | **pro hac vice* application pending* |
| 16 | | |
| | | *Attorneys for Defendants the Regents of the University of California, Michael V. Drake, Katherine S. Newman, Han Mi Yoon-Wu, Erwin Chemerinsky, Robert Penman, Dipak Ghosal, Olufemi Ogundele, Claire J. Tomlin, Lisa Przekop, Divyakant Agrawal, Gary Clark, Todd Millstein, Blia Yang, and Sorin Lerner* |
| 17 | | |
| 18 | | |
| 19 | | |

# CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2025, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel, and caused the above document to be served by electronic mail on *pro se* party Nan Zhong in accordance with his consent in writing under Federal Rule of Civil Procedure 5(b).

And I further certify that on such date I served the foregoing on the following non-CM/ECF registered participants via U.S. first class mail, postage prepaid addressed as follows:

Stanley Zhong
211 Hope St. #390755
Mountain View, CA 94039

Dated: May 20, 2025

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ *Joshua A. Vittor*

Debo Adegbile (NY Bar No. 2699742)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (MA Bar No. 665232)*
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*pro hac vice* application pending

*Attorneys for Defendants the Regents of the University of California, Michael V. Drake, Katherine S. Newman, Han Mi Yoon-Wu, Erwin Chemerinsky, Robert Penman, Dipak Ghosal, Olufemi Ogundele, Claire J. Tomlin, Lisa Przekop, Divyakant Agrawal, Gary Clark, Todd Millstein, Blia Yang, and Sorin Lerner*