WILMER CUTLER PICKERING
HALE AND DORR LLP
Debo Adegbile (NY Bar No. 2699742)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (MA Bar No. 665232)*
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*pro hac vice* application pending

*Attorneys for Defendants the Regents of the University of California, Michael V. Drake, Katherine S. Newman, Han Mi Yoon-Wu, Erwin Chemerinsky, Robert Penman, Dipak Ghosal, Olufemi Ogundele, Claire J. Tomlin, Lisa Przekop, Divyakant Agrawal, Gary Clark, Todd Millstein, Blia Yang, and Sorin Lerner*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| STANLEY ZHONG, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL., <br><br> Defendants. | Case No. 2:25-cv-00495-DJC-CSK <br><br> **[PROPOSED] ORDER GRANTING UC DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** <br><br> Hon. Daniel J. Calabretta <br> Courtroom 7, 14th Floor |

Before the Court is the Motion of Defendants the Regents of the University of California, Michael V. Drake, Katherine S. Newman, Han Mi Yoon-Wu, Erwin Chemerinsky, Robert Penman, Dipak Ghosal, Olufemi Ogundele, Claire J. Tomlin, Lisa Przekop, Divyakant Agrawal, Gary Clark, Todd Millstein, Blia Yang, and Sorin Lerner ("UC Defendants") for administrative relief to extend their deadline to respond to the Complaint. The Court having considered the Motion, the Motion is hereby **GRANTED** and the deadline for the UC Defendants to respond to the Complaint is hereby **EXTENDED** to July 16, 2025.

**IT IS SO ORDERED.**

Date: _____

_____
The Honorable Daniel J. Calabretta
United States District Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2025, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel, and caused the above document to be served by electronic mail on *pro se* party Nan Zhong in accordance with his consent in writing under Federal Rule of Civil Procedure 5(b).

And I further certify that on such date I served the foregoing on the following non-CM/ECF registered participants via U.S. first class mail, postage prepaid addressed as follows:

Stanley Zhong
211 Hope St. #390755
Mountain View, CA 94039

Dated: May 20, 2025

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ *Joshua A. Vittor*

Debo Adegbile (NY Bar No. 2699742)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (MA Bar No. 665232)*
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*pro hac vice* application pending

*Attorneys for Defendants the Regents of the University of California, Michael V. Drake, Katherine S. Newman, Han Mi Yoon-Wu, Erwin Chemerinsky, Robert Penman, Dipak Ghosal, Olufemi Ogundele, Claire J. Tomlin, Lisa Przekop, Divyakant Agrawal, Gary Clark, Todd Millstein, Blia Yang, and Sorin Lerner*