

# United States District Court
# Eastern District of California

| Stanley Zhong, et al., | Case Number: 2:25-cv-00495-DJC |
|---|---|
| Plaintiff(s) | |
| V. | |
| Regents of the University of California, et al., | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Debo Adegbile__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
See attached

On __07/17/1995__ (date), I was admitted to practice and presently in good standing in the __State of New York__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: __05/19/2025__         Signature of Applicant: /s/ __Debo Adegbile__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Debo Adegbile |
| Law Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 7 World Trade Center |
| | 250 Greenwich Street |
| City: | New York    State: NY    Zip: 10007 |
| Phone Number w/Area Code: | (212) 295-8800 |
| City and State of Residence: | New York, NY |
| Primary E-mail Address: | Debo.Adegbile@wilmerhale.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Joshua A. Vittor |
| Law Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 350 South Grand Avenue |
| | Suite 2400 |
| City: | Los Angeles    State: CA    Zip: 90071 |
| Phone Number w/Area Code: | (213) 443-5300    Bar #: 326221 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 22, 2025

_____
JUDGE, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| STANLEY ZHONG, ET AL.,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL.,<br><br>        Defendants. | Case No. 2:25-cv-00495-DJC |

**Attachment to Pro Hac Vice Application**

The Regents of the University of California

Michael V. Drake, in his official capacity as President of the University of California

Katherine S. Newman, in her official capacity as Provost and Executive Vice President of Academic Affairs of the University of California

Han Mi Yoon-Wu, individually and in her official capacity as Associate Vice Provost and Executive Director of Undergraduate Admissions of the University of California

Erwin Chemerinsky, individually and in his official capacity as Dean of the Law School of the University of California at Berkeley

Robert Penman, in his official capacity as Executive Director of Undergraduate Admissions of the University of California at Davis

Dipak Ghosal, in his official capacity as Chair of the Department of Computer Science of the University of California at Davis

Olufemi Ogundele in his official capacity as Director of Undergraduate Admissions of the University of California at Berkeley

Claire J. Tomlin, in her official capacity as Chair of the Department of Computer Science of the University of California at Berkeley

Lisa Przekop, in her official capacity as Executive Director of Admissions of the University of California at Santa Barbara

Divyakant Agrawal, in his official capacity as Chair of the Department of Computer Science of the University of California at Santa Barbara

Gary Clark, in his official capacity as Director of Undergraduate Admissions of the University of California at Los Angeles

Todd Millstein, in his official capacity as Chair of the Department of Computer Science of the University of California at Los Angeles

Blia Yang, in her official capacity as Executive Director of Undergraduate Admissions of the University of California at San Diego

Sorin Lerner, in his official capacity as Chair of the Department of Computer Science of the University of California at San Diego



## Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Debo Patrick Adegbile

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 17, 1995**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on April 8, 2025.

*Clerk of the Court*

CertID-00224614



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the First Judicial Department](#).

    Bar examination history is available from the [New York State Board of Law Examiners](#).

    Instructions, forms and links are available on [this Court's website](#).

*Susanna Rojas*
Susanna Rojas
Clerk of the Court

Revised October 2020