1

STANLEY ZHONG (*pro se*)
211 Hope St. #390755
Mountain View, CA 94039

2

3

NAN ZHONG (*pro se*)
211 Hope St. #390755
Mountain View, CA 94039
Telephone: 425-698-9139
nanzhong1@gmail.com

4

5

6

7

8

9

10

11

12

13

14

15

16

17

WILMER CUTLER PICKERING
HALE AND DORR LLP
Debo Adegbile (NY Bar No. 2699742)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (MA Bar No. 665232)*
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*pro hac vice*

*Attorneys for Defendants the Regents of the
University of California, Michael V. Drake,
Katherine S. Newman, Han Mi Yoon-Wu, Erwin
Chemerinsky, Robert Penman, Dipak Ghosal,
Olufemi Ogundele, Claire J. Tomlin, Lisa
Przekop, Divyakant Agrawal, Gary Clark, Todd
Millstein, Blia Yang, and Sorin Lerner*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

18

19

20

STANLEY ZHONG, ET AL.,

21

Plaintiffs,

22

v.

23

THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA, ET AL.,

24

25

Defendants.

26

27

28

Case No. 2:25-cv-00495-DJC-CSK

**JOINT STIPULATION AND
[PROPOSED] ORDER TO MODIFY
CERTAIN CASE DEADLINES**

Hon.  Daniel J. Calabretta
Courtroom 7, 14th Floor

1    Plaintiffs Stanley Zhong and Nan Zhong ("Plaintiffs") and Defendants the Regents of the

2    University of California, Michael V. Drake, Katherine S. Newman, Han Mi Yoon-Wu, Erwin

3    Chemerinsky, Robert Penman, Dipak Ghosal, Olufemi Ogundele, Claire J. Tomlin, Lisa Przekop,

4    Divyakant Agrawal, Gary Clark, Todd Millstein, Blia Yang, and Sorin Lerner (collectively, "UC

5    Defendants") (together with Plaintiffs, "Parties") hereby stipulate and agree as follows:

6    WHEREAS, on February 11, 2025, Plaintiffs Stanley Zhong, Nan Zhong, and Students

7    Who Oppose Racial Discrimination ("SWORD") filed the Complaint, *see* Dkt. 1;

8    WHEREAS, on April 15, 2025, the UC Defendants waived service of process under

9    Federal Rule of Civil Procedure 4(d), *see* Dkt. 7;

10    WHEREAS, on May 21, 2025, Plaintiff Nan Zhong filed a Notice of Voluntary Dismissal

11    of SWORD, *see* Dkt. 18;

12    WHEREAS, on May 29, 2025, the Court granted the UC Defendants' unopposed request

13    for a 30-day extension of time to respond to the Complaint by July 16, 2025, *see* Dkt. 22;

14    WHEREAS, on June 16 and 17, 2025, the UC Defendants met and conferred with Plaintiffs

15    via email regarding the UC Defendants' forthcoming motion to dismiss the Complaint, and, in

16    light of the deficiencies identified by the UC Defendants, Plaintiffs agreed to amend their

17    Complaint prior to the UC Defendants filing a motion to dismiss the original Complaint;

18    WHEREAS, the Parties agree and stipulate that Plaintiffs shall have 30 days from the date

19    the Court enters an Order granting this stipulated request to file an amended complaint;

20    WHEREAS, the Parties agree and stipulate that the UC Defendants need not respond to

21    Plaintiffs' original Complaint; and

22    WHEREAS, the Parties agree and stipulate that the UC Defendants shall respond to the

23    amended Complaint no later than 30 days after Plaintiffs file the amended Complaint.

24    THEREFORE, the Parties hereby stipulate and agree to the following:

25    1.    The UC Defendants shall not be required to respond to the original Complaint.

26    2.    Plaintiffs shall file an amended Complaint no later than 30 days after the Court

27    enters an Order granting this stipulation.

28    3.    UC Defendants shall respond to the amended Complaint no later than 30 days after

1    Plaintiffs file the amended Complaint.

2    Dated:  June 24, 2025

3

4    By:   /s/ Stanley Zhong                          By:   /s/ Felicia Ellsworth
     STANLEY ZHONG (*pro se*)                        WILMER CUTLER PICKERING HALE
5    211 Hope St. #390755                            AND DORR LLP
     Mountain View, CA 94039                         Debo Adegbile (NY Bar No. 2699742)*
6                                                    250 Greenwich Street, 45th floor
     By:   /s/ Nan Zhong                             New York, NY 10007
7    NAN ZHONG (*pro se*)                            Telephone: 212-295-8800
     211 Hope St. #390755                            debo.adegbile@wilmerhale.com
8    Mountain View, CA 94039
     Telephone: 425-698-9139                         Felicia H. Ellsworth (MA Bar No. 665232)*
9    nanzhong1@gmail.com                             60 State Street
                                                     Boston, MA 02109
10                                                   Telephone: 617-526-6000
                                                     felicia.ellsworth@wilmerhale.com
11
                                                     Joshua A. Vittor (CA Bar No. 326221)
12                                                   350 South Grand Avenue
                                                     Suite 2400
13                                                   Los Angeles, CA 90071
                                                     Telephone: 213-443-5300
14                                                   joshua.vittor@wilmerhale.com

15                                                   *pro hac vice*

16                                                   *Attorneys for Defendants the Regents of the University of
                                                     California, Michael V. Drake, Katherine S. Newman,
17                                                   Han Mi Yoon-Wu, Erwin Chemerinsky, Robert Penman,
                                                     Dipak Ghosal, Olufemi Ogundele, Claire J. Tomlin, Lisa
18                                                   Przekop, Divyakant Agrawal, Gary Clark, Todd
                                                     Millstein, Blia Yang, and Sorin Lerner*

19

20

21

22

23

24

25

26

27

28

1

**<u>FILER'S ATTESTATION</u>**

2      The filer of this document attests that all other signatories listed, and on whose behalf the

3   filing is submitted, concur in the filing's content and have authorized the filing.

4   Dated:  June 24, 2025

5

By:    /s/ Felicia Ellsworth
Felicia H. Ellsworth (MA Bar No. 665232)*

6

60 State Street
Boston, MA 02109
Telephone: 617-526-6000

7

felicia.ellsworth@wilmerhale.com

8

*pro hac vice*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   **CERTIFICATE OF SERVICE**

2   I hereby certify that on June 24, 2025, I electronically filed the above document with the

3   Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all

4   registered counsel, and caused the above document to be served by electronic mail on *pro se* party

5   Nan Zhong in accordance with his consent in writing under Federal Rule of Civil Procedure 5(b).

6   And I further certify that on such date I served the foregoing on the following non-CM/ECF

7   registered participants via U.S. first class mail, postage prepaid addressed as follows:

8

9   Stanley Zhong

10   211 Hope St. #390755

11   Mountain View, CA 94039

12

13   Dated:   June 24, 2025

14

15   By:   /s/ Felicia Ellsworth
Felicia H. Ellsworth (MA Bar No. 665232)*
16   60 State Street
Boston, MA 02109
17   Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com
18
*pro hac vice*
19

20

21

22

23

24

25

26

27

28