| | |
|---|---|
| STANLEY ZHONG (*pro se*)<br>211 Hope St. #390755<br>Mountain View, CA 94039<br><br>NAN ZHONG (*pro se*)<br>211 Hope St. #390755<br>Mountain View, CA 94039<br>Telephone: 425-698-9139<br>nanzhong1@gmail.com | WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>Debo Adegbile (NY Bar No. 2699742)*<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: 212-295-8800<br>debo.adegbile@wilmerhale.com<br><br>Felicia H. Ellsworth (MA Bar No. 665232)*<br>60 State Street<br>Boston, MA 02109<br>Telephone: 617-526-6000<br>felicia.ellsworth@wilmerhale.com<br><br>Joshua A. Vittor (CA Bar No. 326221)<br>350 South Grand Avenue<br>Suite 2400<br>Los Angeles, CA 90071<br>Telephone: 213-443-5300<br>joshua.vittor@wilmerhale.com<br><br>*pro hac vice<br><br>*Attorneys for Defendants the Regents of the University of California, Michael V. Drake, Katherine S. Newman, Han Mi Yoon-Wu, Erwin Chemerinsky, Robert Penman, Dipak Ghosal, Olufemi Ogundele, Claire J. Tomlin, Lisa Przekop, Divyakant Agrawal, Gary Clark, Todd Millstein, Blia Yang, and Sorin Lerner* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| STANLEY ZHONG, ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL.,<br><br>  Defendants. | Case No. 2:25-cv-00495-DJC-CSK<br><br>**[PROPOSED] ORDER REGARDING JOINT STIPULATION TO MODIFY CERTAIN CASE DEADLINES**<br><br>Hon. Daniel J. Calabretta<br>Courtroom 7, 14th Floor |

JOINT STIPULATION AND [PROPOSED] ORDER

1 **[PROPOSED] ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED that:

3     1.    The UC Defendants shall not be required to respond to the original Complaint.

4     2.    Plaintiffs shall file an amended Complaint within 30 days of this Order.

5     3.    UC Defendants shall respond to the amended Complaint no later than 30 days after

6 Plaintiffs file the amended Complaint.

DATED:_____    By:_____

Dated: June 24, 2025

Respectfully submitted,

By:   /s/ Stanley Zhong
STANLEY ZHONG (*pro se*)
211 Hope St. #390755
Mountain View, CA 94039

By:   /s/ Nan Zhong
NAN ZHONG (*pro se*)
211 Hope St. #390755
Mountain View, CA 94039
Telephone: 425-698-9139
nanzhong1@gmail.com

By:   /s/ Felicia Ellsworth
WILMER CUTLER PICKERING HALE
AND DORR LLP
Debo Adegbile (NY Bar No. 2699742)*
250 Greenwich Street, 45th floor
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (MA Bar No. 665232)*
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*pro hac vice*

*Attorneys for Defendants the Regents of the University of California, Michael V. Drake, Katherine S. Newman, Han Mi Yoon-Wu, Erwin Chemerinsky, Robert Penman, Dipak Ghosal, Olufemi Ogundele, Claire J. Tomlin, Lisa Przekop, Divyakant Agrawal, Gary Clark, Todd Millstein, Blia Yang, and Sorin Lerner*

## FILER'S ATTESTATION

The filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 24, 2025

By:   /s/ Felicia Ellsworth
Felicia H. Ellsworth (MA Bar No. 665232)*
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

*pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2025, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel, and caused the above document to be served by electronic mail on *pro se* party Nan Zhong in accordance with his consent in writing under Federal Rule of Civil Procedure 5(b).

And I further certify that on such date I served the foregoing on the following non-CM/ECF registered participants via U.S. first class mail, postage prepaid addressed as follows:

Stanley Zhong

211 Hope St. #390755

Mountain View, CA 94039

Dated: June 24, 2025

By:   /s/ Felicia Ellsworth
Felicia H. Ellsworth (MA Bar No. 665232)*
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

*pro hac vice