STANLEY ZHONG (*pro se*)
211 Hope St. #390755
Mountain View, CA 94039

NAN ZHONG (*pro se*)
211 Hope St. #390755
Mountain View, CA 94039
Telephone: 425-698-9139
nanzhong1@gmail.com

WILMER CUTLER PICKERING
HALE AND DORR LLP
Debo Adegbile (NY Bar No. 2699742)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (MA Bar No. 665232)*
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*pro hac vice*

*Attorneys for Defendants the Regents of the University of California, Michael V. Drake, Katherine S. Newman, Han Mi Yoon-Wu, Erwin Chemerinsky, Robert Penman, Dipak Ghosal, Olufemi Ogundele, Claire J. Tomlin, Lisa Przekop, Divyakant Agrawal, Gary Clark, Todd Millstein, Blia Yang, and Sorin Lerner*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| STANLEY ZHONG, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL., <br><br> Defendants. | Case No. 2:25-cv-00495-DJC-CSK <br><br> [PROPOSED] **ORDER REGARDING JOINT STIPULATION TO MODIFY CERTAIN CASE DEADLINES** <br><br> Hon. Daniel J. Calabretta <br> Courtroom 7, 14th Floor |

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED that:

3  1.  The UC Defendants shall not be required to respond to the original Complaint.

4  2.  Plaintiffs shall file an amended Complaint within 30 days of this Order.

5  3.  UC Defendants shall respond to the amended Complaint no later than 30 days after

6  Plaintiffs file the amended Complaint.

7  Dated: 06/30/25

8  _____
   CHI SOO KIM
   UNITED STATES MAGISTRATE JUDGE

13  4, zhon0495.25