Nan Zhong
211 Hope St #390755
Mountain View, CA 94039

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**

JUN 30 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| **Stanley Zhong, et al.**<br><br>            Plaintiffs,<br><br>v.<br><br>**The Regents of the University of California, et al.**<br><br>            Defendants. | Case No. 2:25-cv-00495-DJC-CSK<br><br>Assigned to: The Honorable Chi Soo Kim |

## MOTION FOR STATUS UPDATE AND RENEWED REQUEST FOR CM/ECF ACCESS

Plaintiff Nan Zhong, proceeding pro se, respectfully moves for a status update and renews their request for access to the Court's CM/ECF electronic filing system, originally filed on May 19, 2025 (Dkt. 17).

Access to electronic filing is not merely a matter of convenience but has become critical to ensuring the fairness of these proceedings. Plaintiff has experienced significant mail delays and one instance of mail loss, creating uncertainty and procedural prejudice. This issue presents a tangible disadvantage in the litigation process. For example, to account for the unreliability of postal service and ensure timely filing, Plaintiff would be forced to mail the upcoming amended complaint nearly a week before the deadline,

shortening Plaintiff's available time to research, draft, and finalize this crucial pleading, creating a significant disadvantage compared to opposing counsel, who can file electronically up to the final minute of the deadline.

Granting this request would present no burden and would align with the practices of other federal courts. Counsel for Defendants has confirmed that they do not object to Plaintiff's request for CM/ECF access. Furthermore, in a parallel civil rights case in the U.S. District Court for the Eastern District of Michigan (Case No. 5:25-cv-10579), the Court granted Plaintiff the same CM/ECF privileges. Plaintiff successfully used that access to file the amended complaint electronically on June 20, 2025, demonstrating competence with the system. Granting access here would similarly streamline filings, eliminate the risk of mail-related prejudice, improve document readability and searchability, and reduce the administrative burden on the Clerk's Office and all parties involved.

WHEREFORE, for the foregoing reasons, and in the interest of justice, fairness, and judicial efficiency, Plaintiff respectfully requests that the Court rule on the pending motion (Dkt. 17) and grant pro se Plaintiff access to the CM/ECF system.

Respectfully Submitted,

Dated: Jun 25, 2025

*[signature]*

Nan Zhong

Plaintiff Pro Se

211 Hope St #390755

Mountain View, CA 94039

425-698-9139

nanzhong1@gmail.com