STANLEY ZHONG (pro se)
211 Hope St. #390755
Mountain View, CA 94039

Plaintiff

NAN ZHONG (pro se)
211 Hope St. #390755
Mountain View, CA 94039
Telephone: 425-698-9139
nanzhong1@gmail.com

Plaintiff

MICHELE BECKWITH
Acting United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
E-mail:     joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant
U.S. DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY ZHONG, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, *et al.*,<br><br>                    Defendants. | No. 2:25-CV-00495-DJC-CSK<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE: RESPONSE TO FIRST AMENDED COMPLAINT** |

**STIPULATION AND** ~~**PROPOSED**~~ **ORDER**

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant U.S. Department of Education and subject to Court approval, that the deadline for the U.S. Department of Education to respond to Plaintiffs' anticipated First Amended Complaint ("FAC") shall be 30 days from the filing of the FAC.  The U.S. Department of Education shall not be required to respond to the original Complaint.  *See* ECF 23 (discussing Plaintiffs' anticipated FAC).  This stipulation is without prejudice to Plaintiffs' right to oppose any motion to dismiss or other defense asserted in response to the FAC.

Dated:  June 28, 2025                                                  Respectfully submitted,

/s/  *Stanley Zhong*          (authorized 6/28/2025)
STANLEY ZHONG
Plaintiff

Dated:  June 28, 2025                                                  /s/  *Nan Zhong*          (authorized 6/28/2025)
NAN ZHONG
Plaintiff

Dated:  June 28, 2025                                                  MICHELE BECKWITH
Acting United States Attorney

By:     /s/  *Joseph B. Frueh*          
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant
U.S. DEPARTMENT OF EDUCATION

**IT IS SO ORDERED**

Dated:  07/01/25

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, zhong0495.25