NAN ZHONG (*pro se*)
211 Hope St. #390755
Mountain View, CA 94039
Telephone: 425-698-9139
nanzhong1@gmail.com

FILED

JUL 14 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**Stanley Zhong, et al.**

Plaintiffs,

v.

**The Regents of the University of California, et al.**

Defendants.

Case No. 2:25-cv-00495-DJC-CSK

Assigned to: The Honorable Chi Soo Kim

## SUPPLEMENT TO PLAINTIFF'S MOTION FOR CM/ECF ACCESS

Plaintiff Nan Zhong, proceeding pro se, respectfully submits this supplement to their prior motion requesting CM/ECF access (Dkt. 17), originally filed on May 19, 2025.

As explained in that motion, Plaintiff seeks electronic filing access due to repeated mail delays and the significant disadvantage it creates in meeting court deadlines. Since that filing, Plaintiff has successfully used CM/ECF to file an amended complaint in a parallel civil rights case in the U.S. District Court for the Eastern District of Michigan (Case No. 5:25-cv-10579).

Importantly, counsel for all defendants—including the Assistant U.S. Attorney Joseph Frueh, who represents the U.S. Department of Education—have now confirmed that they do not oppose Plaintiff receiving CM/ECF access in this matter. (See Exhibit 1.)

In light of the lack of opposition, Plaintiff respectfully requests that the Court grant CM/ECF access without further delay.

WHEREFORE, Plaintiff respectfully renews the request that the Court:

1. Rule on the pending motion for CM/ECF access (Dkt. 17); and
2. Grant Plaintiff CM/ECF filing privileges in this case.

Respectfully submitted,

Nan Zhong

Pro Se Plaintiff

Dated: July 9, 2025

# Exhibit 1

**Frueh, Joseph (USACAE)**  Mon, Jun 30, 6:12 AM (9 days ago)  ☆
to me ▾

No objection.

**From:** Nan Zhong <nanzhong1@gmail.com>
**Sent:** Sunday, June 29, 2025 9:45 PM
**To:** Frueh, Joseph (USACAE) <Joseph.Frueh@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: Zhong v. Regents of the Univ. of Cal., et al., E.D. Cal. No. 2:25-cv-00495-DJC-CSK

Hi Joe, we are requesting the Court grant us access to the CM/ECF system for electronic filing. Do you or the government object to this?