LODGED

AUG 21 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

1  NAN ZHONG (Plaintiff *pro se*)
2  211 Hope St. #390755
3  Mountain View, CA 94039
4  Telephone: 425-698-9139
5  nanzhong1@gmail.com
6

7             UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| **Stanley Zhong, et al.** | |
| Plaintiffs, | Case No. 2:25-cv-00495-DAD-CSK |
| v. | |
| **The Regents of the University of California, et al.** | Assigned to: The Honorable Chi Soo Kim |
| Defendants. | |

10  **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE**

11         **TO FILE SECOND AMENDED COMPLAINT**

12  Having considered Plaintiffs' Motion for Leave to File a Second Amended Complaint,

13  the Court finds that good cause exists under Federal Rule of Civil Procedure 15(a)(2).

14  IT IS HEREBY ORDERED that:

15    1. Plaintiffs' Motion is GRANTED.

16    2. The Second Amended Complaint attached as Exhibit A to Plaintiffs' Motion shall
17       be deemed filed as of the date of this Order.

1   3. Defendants shall respond to the Second Amended Complaint within the time
2       prescribed by the Federal Rules of Civil Procedure.
3

4 IT IS SO ORDERED.

5 Dated: _____, 2025

6 _____

7 Hon. Chi Soo Kim

8 United States Magistrate Judge

9