1  STANLEY ZHONG (pro se)
   211 Hope St. #390755
2  Mountain View, CA 94039

3  Plaintiff

4  NAN ZHONG (pro se)
   211 Hope St. #390755
5  Mountain View, CA 94039
   Telephone: 425-698-9139
6  nanzhong1@gmail.com

7  Plaintiff

8  ERIC GRANT
   United States Attorney
9  JOSEPH FRUEH
   Assistant United States Attorney
10 501 I Street, Suite 10-100
   Sacramento, CA  95814
11 E-mail:     joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
12 Facsimile:  (916) 554-2900

13 Attorneys for Federal Defendants
   U.S. DEPARTMENT OF EDUCATION
14 LINDA MCMAHON

15

16                    IN THE UNITED STATES DISTRICT COURT

17                       EASTERN DISTRICT OF CALIFORNIA

18

19 | STANLEY ZHONG, *et al.*,              | No. 2:25-cv-00495-DAD-CSK
20 |                      Plaintiffs,      | **STIPULATION AND PROPOSED ORDER RE:**
   |                                       | **PLAINTIFFS' MOTION FOR LEAVE TO**
21 |         v.                            | **FILE SECOND AMENDED COMPLAINT**
   |                                       | **(ECF 36)**
22 | THE REGENTS OF THE UNIVERSITY OF      |
   | CALIFORNIA, *et al.*,                 |
23 |                                       |
   |                      Defendants.      |
24

25

26

27

28

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants U.S. Department of Education and Linda McMahon (the "Federal Defendants"), and subject to Court approval, that:

1. The Federal Defendants do not oppose Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF 36). The Federal Defendants' non-opposition does not waive the Federal Defendants' right to move to dismiss the Second Amended Complaint or otherwise dispute or defend against any and all allegations and claims asserted in the Second Amended Complaint.

2. The Federal Defendants' deadline to respond to the operative pleading in this case is stayed pending resolution of Plaintiffs' Motion to File Second Amended Complaint. The Federal Defendants' deadline to respond to the operative pleading shall be no sooner than October 9, 2025.

Dated: August 22, 2025                    Respectfully submitted,

/s/ Stanley Zhong    (authorized 8/22/2025)
STANLEY ZHONG
Plaintiff

Dated: August 22, 2025

/s/ Nan Zhong    (authorized 8/22/2025)
NAN ZHONG
Plaintiff

Dated: August 22, 2025                    ERIC GRANT
                                          United States Attorney

                                      By: /s/ Joseph Frueh
                                          JOSEPH FRUEH
                                          Assistant United States Attorney

                                          Attorneys for Defendants
                                          U.S. DEPARTMENT OF EDUCATION
                                          LINDA McMAHON

**IT IS SO ORDERED**

Dated: _____

HON. CHI SOO KIM
United States Magistrate Judge