STANLEY ZHONG (*pro se*)
211 Hope St. #390755
Mountain View, CA 94039

NAN ZHONG (*pro se*)
211 Hope St. #390755
Mountain View, CA 94039
Telephone: 425-698-9139
nanzhong1@gmail.com

WILMER CUTLER PICKERING
HALE AND DORR LLP
Debo Adegbile (NY Bar No. 2699742)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (MA Bar No. 665232)*
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*pro hac vice*

*Attorneys for UC Defendants*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| STANLEY ZHONG, ET AL.,<br><br>           Plaintiffs,<br><br>      v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL.,<br><br>           Defendants. | Case No. 2:25-cv-00495-DAD-CSK<br><br>[~~PROPOSED~~] ORDER MODIFYING DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>Hon.  Dale A. Drozd<br>Courtroom 7, 14th Floor |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for the following Defendants to respond to the First Amended Complaint shall be October 9, 2025:

- The Regents of the University of California
- Maria Anguiano
- Elaine E. Batchlor
- Josiah Beharry
- Carmen Chu
- Michael Cohen
- Gareth Elliott
- Howard "Peter" Guber
- Jose M. Hernandez
- Nancy Lee
- Richard Leib
- Hadi Makarechian
- Ana Matosantos
- Robert Myers
- Lark Park
- Janet Reilly
- Mark Robinson
- Gregory Sarris
- Jonathan "Jay" Sure
- Michael V. Drake
- Katherine S. Newman
- Han Mi Yoon-Wu
- Erwin Chemerinsky
- Gary S. May
- Robert Penman
- Dipak Ghosal
- Rich Lyons
- Carol Christ
- Olufemi Ogundele
- Claire J. Tomlin
- Henry T. Yang
- Lisa Przekop
- Divyakant Agrawal
- Gene Block
- Gary Clark
- Todd Millstein
- Pradeep K. Khosla
- Blia Yang
- Sorin Lerner

DATED: August 25, 2025        By: /s/ Chi Soo Kim

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, zhon0495.25