**RECEIVED**

AUG 27 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  NAN ZHONG (Plaintiff *pro se*)
2  211 Hope St. #390755
3  Mountain View, CA 94039
4  Telephone: 425-698-9139
5  nanzhong1@gmail.com
6

7  UNITED STATES DISTRICT COURT

8  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| **Stanley Zhong, et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**The Regents of the University of California, et al.**<br><br>Defendants. | Case No. 2:25-cv-00495-DAD-CSK<br><br>Assigned to: The Honorable Chi Soo Kim |

10               **[PROPOSED] ORDER GRANTING**

11              **PLAINTIFF'S MOTION FOR SANCTIONS**

12 This matter came before the Court on Plaintiff's Motion for Sanctions for Spoliation of

13 Evidence. The Court, having considered the motion, the supporting declaration and

14 exhibits, any opposition thereto, and the arguments of the parties, and good cause

15 appearing, hereby **GRANTS** the motion.

16 THE COURT FINDS that Defendant, the University of California, had a duty to preserve

17 the electronically stored information on Professor Perry Link's desktop computer, that it

breached this duty by erasing the computer's contents, and that it did so with the intent to deprive Plaintiff of the use of that information in this litigation.

IT IS HEREBY ORDERED that:

1. At trial, the jury shall be given an adverse inference instruction stating that it should presume that the evidence erased from Professor Link's computer was unfavorable to Defendant.
2. Defendant is ordered to pay Plaintiff's costs associated with bringing this motion.
3. Defendant shall, within seven (7) days of this order, produce the physical hard drive of the computer in question to a neutral, third-party forensic expert agreed upon by the parties for an analysis to determine if any data is recoverable. Defendant shall bear the full cost of this forensic analysis.

IT IS SO ORDERED.

Dated: _____, 2025

Hon. Chi Soo Kim

United States Magistrate Judge