

1  NAN ZHONG (Plaintiff *pro se*)
2  211 Hope St. #390755
3  Mountain View, CA 94039
4  Telephone: 425-698-9139
5  nanzhong1@gmail.com
6

7                    UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| **Stanley Zhong, et al.** | Case No. 2:25-cv-00495-DAD-CSK |
| Plaintiffs, | |
| v. | |
| **The Regents of the University of California, et al.** | Judge: Hon. Chi Soo Kim |
| Defendants. | |

10      **PLAINTIFFS' NOTICE OF WITHDRAWAL OF PROPOSED SECOND**

11                            **AMENDED COMPLAINT**

12 Plaintiffs respectfully notify the Court that they withdraw their previously filed [Proposed]

13 Second Amended Complaint (Dkt. 36) in light of their retention of counsel.

14 Attorney David A. Nacht of NachtLaw, P.C., based in Michigan and experienced in this

15 area of litigation, has agreed to appear on Plaintiffs' behalf and is in the process of

16 securing local counsel licensed in the Eastern District of California. Once counsel has

formally appeared, any further amendments, if necessary, will be filed through counsel in accordance with the Federal Rules of Civil Procedure and this Court's Local Rules.

Accordingly, Plaintiffs request that no further action be taken on the [Proposed] Second Amended Complaint.

Dated: September 11, 2025

Respectfully submitted,

/s/ Nan Zhong

Nan Zhong

On behalf of Plaintiffs, Pro Se (pending appearance of counsel)

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025, I caused the above document to be mailed to the Clerk of the Court. I further certify that on the same date, I served a copy of the document by email on counsel for Defendants.

Dated: September 11, 2025

Respectfully submitted,

/s/ Nan Zhong

Nan Zhong

Plaintiff, Pro Se (pending appearance of counsel)