1  STANLEY ZHONG (*pro se*)
   211 Hope St. #390755
2  Mountain View, CA 94039

3  NAN ZHONG (*pro se*)
   211 Hope St. #390755
4  Mountain View, CA 94039
5  Telephone: 425-698-9139
   nanzhong1@gmail.com
6
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   Debo Adegbile (NY Bar No. 2699742)*
   7 World Trade Center
   250 Greenwich Street
   New York, NY 10007
   Telephone: 212-295-8800
   debo.adegbile@wilmerhale.com

   Felicia H. Ellsworth (MA Bar No. 665232)*
   60 State Street
   Boston, MA 02109
   Telephone: 617-526-6000
   felicia.ellsworth@wilmerhale.com

   Joshua A. Vittor (CA Bar No. 326221)
   350 South Grand Avenue
   Suite 2400
   Los Angeles, CA 90071
   Telephone: 213-443-5300
   joshua.vittor@wilmerhale.com

   *pro hac vice*

   *Attorneys for UC Defendants*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| STANLEY ZHONG, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL., <br><br> Defendants. | Case No. 2:25-cv-00495-DAD-CSK <br><br> [PROPOSED] **MODIFIED ORDER VACATING UC DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT** <br><br> Hon. Dale A. Drozd <br> Courtroom 7, 14th Floor |

CASE NO. 2:25-cv-00495-DAD-CSK   - 1 -   [PROPOSED] MODIFIED ORDER

1    PURSUANT TO THE PARTIES' JOINT STIPULATION, the October 9, 2025 deadline
2 for UC Defendants to respond to the First Amended Complaint is VACATED. The deadline will
3 be reset for a date after either Plaintiffs' counsel appears in this matter or after sufficient time has
4 been provided to Plaintiffs to retain counsel. Plaintiffs shall file a status report as to the status of
5 retaining counsel within thirty (30) days from the date of this order.

7 Dated:  October 7, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

11  4, zhong0495.25