# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| Stanley Zhong, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-00495-DAD-CSK |
| The Regents of the University of California, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Stanley Zhong, an individual; and Plaintiff Nan Zhong, individually and as next friend of his minor son.

Date: 11/10/2025

/s/ Shemia Fagan
*Attorney's signature*

Shemia Fagan, SBA No. 362846
*Printed name and bar number*

540 Howard Street, San Francisco, CA  94105
*Address*

sfagan@hkm.com
*E-mail address*

415-660-9595
*Telephone number*

206-260-3055
*FAX number*