# State Bar of Michigan

## CERTIFICATE OF GOOD STANDING

This certifies that David A. Nacht, P47034 of Ann Arbor, Michigan is an active member of the *State* Bar of Michigan in good standing.

David A. Nacht was admitted to practice in Michigan on November 13, 1992 in Genesee County and became a member of the State Bar of Michigan on November 18, 1992.



Peter W. Cunningham, Executive Director
November 12, 2025