# State Bar of Michigan

## CERTIFICATE OF GOOD STANDING

This certifies that Fabiola Adria Galguera, P84212 of Ann Arbor, Michigan is an active member of the State Bar of Michigan in good standing.

Fabiola Adria Galguera was admitted to practice in Michigan on May 15, 2020 by the Michigan Supreme Court and became a member of the State Bar of Michigan on May 28, 2020.

Peter W. Cunningham, Executive Director
November 26, 2025

