HKM Employment Attorneys LLP
Shemia Fagan SBA No. 362846
540 Howard Street
San Francisco, CA 94105
(503) 334-0695
sfagan@hkm.com

NACHTLAW, P.C.
David A. Nacht (PHV)
Fabiola A. Galguera (PHV)
501 Avis Dr, Ste. 3
Ann Arbor, MI 48108
(734) 663-7550
dnacht@nachtlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY ZHONG and NAN ZHONG, on behalf of his MINOR SON, | Case No. 2:25-cv-00495-DAD-CSK |
| Plaintiffs, | |
| v. | **NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that on **April 6, 2026** at **1:30 p.m**., or as soon thereafter as the matter may be heard, before the Honorable Dale A. Drozd, via Zoom hearing, or in such manner as the Court directs, Plaintiffs Stanley Zhong and Nan Zhong, acting on behalf of his Minor Son ("Plaintiffs"), by and through their attorneys, NACHTLAW, P.C., will and hereby do move this Court for an order granting Plaintiffs leave to file their Second Amended Complaint and that the proposed Second Amended Complaint attached hereto as Exhibit A be deemed filed.

This motion is made pursuant to Fed. R. Civ. P. 15 on the grounds that Plaintiffs should be

1

1  permitted to refile their complex claims with the assistance of their newly retained counsel.

2       Counsel for Plaintiffs met and conferred with counsel for Defendants regarding the
3  proposed amendment. Plaintiffs informed Defendants of their intent to file the present motion.
4  Defendants indicated that it does not concur in the relief requested.

5       This motion is based upon this Notice of Motion, and Motion, the accompanying
6  Memorandum in Support, the proposed Second Amended Complaint attached as Exhibit A, all
7  pleadings and papers on file in this action, and such further evidence and argument as may be
8  presented to the Court.

                                             Respectfully submitted,

                                             **NACHTLAW, P.C.**

                                             */s/ David A. Nacht*
                                             David A. Nacht (P47034)
                                             Attorneys for Plaintiff
                                             501 Avis Dr, Ste. 3
                                             Ann Arbor, MI 48108
                                             (734) 663-7550
                                             dnacht@nachtlaw.com

Dated: March 6, 2026

# MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND

## A.     Legal Standard

After the time has passed for a party to amend its pleading as a matter of course, Fed. R. Civ. P. 15 provides that a party may amend its pleading only by leave of court or by written consent of the adverse party and that leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2). The Ninth Circuit has instructed that the policy favoring amendments "is to be applied with extreme liberality." *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990).

The factors commonly considered to determine the propriety of a motion for leave to amend are: (1) bad faith, (2) undue delay, (3) prejudice to the opposing party, and (4) futility of amendment. *Foman v. Davis*, 371 U.S. 178, 182 (1962). The Ninth Circuit has held that it is the consideration of prejudice to the opposing party that carries the greatest weight. *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2003). Absent prejudice, or a strong showing of any of the remaining Foman factors, a presumption in favor of granting leave to amend exists under Rule 15(a). Id. Further, undue delay alone is insufficient to justify denial of a motion to amend. Finally, "liberality in granting leave to amend is not dependent on whether the amendment will add causes of action or parties." *Bowles v. Reade*, 198 F.3d 752, 758 (9th Cir. 1999).

The U.S. District Court for the Eastern District of California's Local Rules provide the following procedural requirement when a party is seeking court approval for filing an amended complaint: If filing a document requires leave of court, such as an amended complaint after the time to amend as a matter of course has expired, counsel shall attach the document proposed to be filed as an exhibit to moving papers."

## B.     Argument

In this case, given the Foman analysis set out supra, because a calendar has not yet been set and discovery has yet to begin, allowing Plaintiffs to reallege their claims with the assistance of counsel would not represent any significant prejudice to Defendants. In fact, allowing the matter to proceed instead based on an initiating document drafted with the assistance of counsel will clarify the relevant issues and allow the case to move forward more quickly and efficiently.

1

Moreover, there is no bad faith or undue delay involved in Plaintiff's request, nor is there any reasonable argument that amendment would be in any way futile.

Finally, as dictated by the Local Rules, Plaintiffs attach hereto as Exhibit A their proposed Second Amended Complaint.

**C.    Conclusion**

Accordingly, based on the foregoing, Plaintiffs respectfully request that the Court grant their motion and deem filed the proposed Second Amended Complaint, attached hereto as Exhibit A.

Respectfully submitted,

**NACHTLAW, P.C.**

/s/ David A. Nacht
David A. Nacht
Attorney for Plaintiff
501 Avis Dr, Ste. 3
Ann Arbor, MI 48108
(734) 663-7550
dnacht@nachtlaw.com

Dated: March 6, 2026                                                                                 *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2026, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

**NACHTLAW, P.C.**

/s/ David A. Nacht
David A. Nacht
Attorneys for Plaintiff
