WILMER CUTLER PICKERING
HALE AND DORR LLP
Debo Adegbile (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (admitted *pro hac vice*)
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*Attorneys for the UC Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STANLEY ZHONG, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>*Defendants*. | Case No. 2:25-cv-00495-DAD-CSK<br><br>**UC DEFENDANTS' NOTICE OF MOTION AND MOTION TO VACATE DEADLINES PURSUANT TO RULE 16(B)(4)**<br><br>Date:     April 20, 2026<br>Time:    1:30 p.m.<br>Place:   Courtroom 4, 15th Floor<br>Judge:   Hon. Dale A. Drozd |

**TO PLAINTIFFS STANLEY ZHONG AND NAN ZHONG, AND THE HONORABLE JUDGE DALE A. DROZD:**

**PLEASE TAKE NOTICE** that on April 20, 2026, or as soon as thereafter as the matter may be heard, Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, MICHAEL V. DRAKE, KATHERINE S. NEWMAN, HAN MI YOON-WU, ROBERT PENMAN, DIPAK GHOSAL, OLUFEMI OGUNDELE, CLAIRE J. TOMLIN, LISA

1  PRZEKOP, DIVYAKANT AGRAWAL, GARY CLARK, TODD MILLSTEIN, BLIA YANG,
2  and SORIN LERNER, (collectively, the "UC DEFENDANTS"), by and through their
3  undersigned counsel, will and hereby do move to vacate the Court's March 9, 2026 deadline for
4  the parties to submit a joint status report and the March 23, 2026 status conference.
5      The grounds for this motion are more fully set forth in the accompanying Memorandum
6  of Points and Authorities in Support of the UC Defendants' Motion to Vacate Deadlines
7  Pursuant to Rule 16(b)(4) and upon any additional evidence and argument that may be presented
8  at the hearing on the motion.

    Respectfully submitted,

Dated: March 9, 2026

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Felicia H. Ellsworth
Felicia H. Ellsworth
(admitted *pro hac vice*)

WILMER CUTLER PICKERING HALE AND DORR LLP
Felicia H. Ellsworth (admitted *pro hac vice*)
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Debo Adegbile (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*Attorneys for the UC Defendants*