

United States District Court
Eastern District of California

| Stanley Zhong, et al., |
|---|

Plaintiff(s)

Case Number: | 2:25-cv-00495-DJC |
|---|

V.

| Regents of the University of California, et al., |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Sharon K. Hogue hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
See attached

On ____11/21/2019____ (date), I was admitted to practice and presently in good standing in the ____Commonwealth of Massachusetts____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ____03/26/2026____    Signature of Applicant: /s/ Sharon K. Hogue

**Pro Hac Vice Attorney**

Applicant's Name: Sharon K. Hogue

Law Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP

Address: 60 State Street

City: Boston   State: MA   Zip: 02109

Phone Number w/Area Code: (617) 526-6702

City and State of Residence: Belmont, MA

Primary E-mail Address: sharon.hogue@wilmerhale.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Joshua A. Vittor

Law Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP

Address: 350 South Grand Avenue

Suite 2400

City: Los Angeles   State: CA   Zip: 90071

Phone Number w/Area Code: (213) 443-5300   Bar # 326221

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____   _____

JUDGE, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STANLEY ZHONG, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>        Defendants. | Case No. 2:25-cv-00495-DJC |

**Attachment to Pro Hac Vice Application**

The Regents of the University of California

Michael V. Drake, in his official capacity as President of the University of California

Katherine S. Newman, in her official capacity as Provost and Executive Vice President of Academic Affairs of the University of California

Han Mi Yoon-Wu, individually and in her official capacity as Associate Vice Provost and Executive Director of Undergraduate Admissions of the University of California

Robert Penman, in his official capacity as Executive Director of Undergraduate Admissions of the University of California at Davis

Dipak Ghosal, in his official capacity as Chair of the Department of Computer Science of the University of California at Davis

Olufemi Ogundele in his official capacity as Director of Undergraduate Admissions of the University of California at Berkeley

Claire J. Tomlin, in her official capacity as Chair of the Department of Computer Science of the University of California at Berkeley

Lisa Przekop, in her official capacity as Executive Director of Admissions of the University of California at Santa Barbara

Divyakant Agrawal, in his official capacity as Chair of the Department of Computer Science of the University of California at Santa Barbara

Gary Clark, in his official capacity as Director of Undergraduate Admissions of the University of California at Los Angeles

Todd Millstein, in his official capacity as Chair of the Department of Computer Science of the University of California at Los Angeles

Blia Yang, in her official capacity as Executive Director of Undergraduate Admissions of the University of California at San Diego

Sorin Lerner, in his official capacity as Chair of the Department of Computer Science of the University of California at San Diego

Gene Block, in their personal capacity and their official capacity as Chancellor of the University of California at Los Angeles

Rich Lyons, in their personal capacity and their official capacity as Chancellor of the University of California at Berkeley

Carol Christ, in their personal capacity and their official capacity as former Chancellor of the University of California at Berkeley

Gary S. May, in their personal capacity and their official capacity as Chancellor of the University of California at Davis

Pradeep K. Khosla, in their personal capacity and their official capacity as Chancellor of the University of California at San Diego